**Order entered January 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01324-CR

**RONNIE BANNISTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 29736-86**

## ORDER

We **GRANT** Official Court Reporter Linda A. Kaiser's January 7, 2013 request for an extension of time to file the reporter's record to the extent the reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
         JUSTICE